FILED

MAR 2 1 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| GERARDO LOPEZ, JR. and CLAUDIA LOPEZ, <br>     Plaintiffs, <br><br> v. <br><br> ASI LLOYDS, <br>     Defendant. | Civil Action No. <br> DR-16-CV-0109-AM/VRG |

## ORDER OF DISMISSAL WITH PREJUDICE

On March 15, 2017, the parties filed a stipulation of dismissal with prejudice that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the Plaintiffs' claims asserted in this suit against the Defendant are **DISMISSED WITH PREJUDICE** as set forth in the stipulation. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that all motions pending in the instant action be **DENIED** as moot and that a clerk's judgment shall immediately issue.

SIGNED this 21st day of March, 2017.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE